Abdul–Aziz Rashid **MUHAMMAD**,
Plaintiff—Appellant,

v.

Harley G. **LAPPIN**; Harold Watts; K.M. White; B.A. Bledsoe; J.D. Hill; J. Bunts; D. Williams; Mary Beth Lichty; R.G. Mcleod; J. Betler; D. Heady; Steve Hamling; P. Bender; Teresa Puckett; David Buckingham; Erica Masteller–Boram; R. Proffitt, Lieutenant; Deborah Livingston, Dho; All Unknown, unidentified individuals that may be determined during discovery; Tracy Jones, Nurse; John Doe, Jr., Desk Sergeant; Jake Doe, Booking Officer; Jane Doe, # 1 Nurse; Jane Doe, # 2 Nurse; Bethaney Cox, Supervising Nurse; Johnathan Stevens, CMA; Kim Doe, Supervising Nurse; John Doe, # 2 Health Service Administrator; Any Other unknown officials, Defendants—Appellees.

No. 09–7957.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 25, 2010.

Abdul–Aziz Rashid Muhammad, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul–Aziz Rashid Muhammad appeals the district court's order accepting the magistrate judge's recommendation and denying relief on Muhammad's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Lappin,* No. 2:07–cv–00018–REM–JSK, 2009 WL 3063310 (N.D.W.Va. Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*